THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD BARKER FREENEY, ) | |
| AIS #270785, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CV-343-ID |
| ) | WO |
| DR. HEMPBURG, ) | |
| ) | |
| Defendant. ) | |

# ORDER

On July 9, 2010, the Magistrate Judge filed a Recommendation (Doc. 10) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The defendant's motion for summary judgment be GRANTED;

3. Judgment be GRANTED in favor of the defendant;

4. This case be DISMISSED with prejudice; and

5. The costs of this proceeding be taxed against the plaintiff.

Done this 3rd day of August, 2010.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE