THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD BARKER FREENEY, | ) | |
| AIS #270785, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CV-343-ID |
| | ) | WO |
| DR. HEMPBURG, | ) | |
| | ) | |
| Defendant. | ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the

ORDER, JUDGMENT, and DECREE of the Court that Plaintiff's claims against the named

defendant be dismissed with prejudice, and without prejudice as to Plaintiff's right to

challenge the constitutionality of the conviction and sentence against him at the appropriate

time.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 3rd day of August, 2010.


/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE